AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

24 JUL 11 PM 3:45

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

NICHOLAS T. DRYDEN
A/K/A NIKO BELLIC

*Defendant*

Case No. 1:24CR-066

COLE

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NICHOLAS T. DRYDEN, a/k/a Niko Bellic

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

[SEE ATTACHED INDICTMENT]

Date: 6-5-24

s/a.hill- deputy clerk
*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/5/2024, and the person was arrested on *(date)* 6/6/2024
at *(city and state)* Cincinnati, Ohio.

Date: 07 June 2024

*Arresting officer's signature*

Rebekah Abel, Special Agent
*Printed name and title*