# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**NICHOLAS T. DRYDEN,**

    **Defendant.**

Case No. 1:24-cr-66-1

**JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Telephone Status Conference on January 7, 2025, at 2:30 p.m. before Judge Douglas R. Cole. Defendant's counsel advised the Court that she has received a draft plea agreement and requested a 60-day continuance to finalize plea negotiations. The parties agreed to a Telephone Status Conference on March 6, 2025, at 2:00 p.m. There were no objections to the speedy trial clock being tolled through the date of the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from finalizing plea negotiations, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from January 7, 2025, until March 6, 2025, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

<u>January 7, 2025</u>
**DATE**

_____
**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2