# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:24-cr-66-2

    v.                                JUDGE DOUGLAS R. COLE

GIANCARLO MORELLI,

        Defendant.

## CRIMINAL MINUTES: CHANGE OF PLEA ON INDICTMENT

Defendant appeared with counsel Brian Joslyn

Defendant arraigned and specifically advised of rights

Plea Agreement summarized by AUSA Adam Cullman

Statement of Facts summarized by AUSA Adam Cullman

Defendant pled GUILTY to Count 1

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Defendant to remain on O.R. Bond with modification of the location monitoring condition from the home detention component to the curfew component


**Judge:**                     Douglas R. Cole

**Courtroom Deputy:**     Scott Lang

**Court Reporter:**        Lisa Conley-Yungblut (Official)

**Date:**                    January 27, 2025