UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                  Case No. 1:24-cr-66-1

     v.                           JUDGE DOUGLAS R. COLE

NICHOLAS T. DRYDEN,

      Defendant.

## CHANGE OF PLEA ON INDICTMENT

Defendant appeared with counsel Karen Savir

Defendant arraigned and specifically advised of rights

Plea Agreement summarized by AUSA Adam Cullman

Statement of Facts read by AUSA Adam Cullman

Defendant entered a plea of GUILTY to Counts 1 and 5 of the Indictment

Plea accepted by the Court

Court deferred acceptance of Plea Agreement pending completion and review of Presentence Report

Referred to Probation Department for Presentence Report

Defendant remanded to the custody of the U.S. Marshal.


**Judge:**                    Douglas R. Cole

**Courtroom Deputy:**    Bill Miller

**Court Reporter:**       Lisa Conley-Yungblut

**Date:**                     March 11, 2025