IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No.:   1:24-CR-066 |
| vs. | : | |
| | : | |
| | : | Hon. Douglas R. Cole |
| PHILIP COLT MOSS | : | |

**SUGGESTION OF DEATH AS TO DEFENDANT PHILIP COLT MOSS
AND MOTION TO ABATE PROSECUTION AND DISMISS INDICTMENT**

The United States hereby respectfully notifies the Court and all interested parties that Defendant Philip Colt Moss died on November 13, 2024.

The instant suggestion of death is documented and supported by the attached Exhibit "A", a copy of the Certificate of Death from the Iowa Department of Health and Human Services.

Furthermore, as a result of Defendant Philip Colt Moss's death, it is respectfully submitted that this Court should dismiss the indictment against Mr. Moss in the instant case.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

*s/ Adam C. Cullman*
ADAM C. CULLMAN
Trial Attorney
Assistant United States Attorney
221 East Fourth Street, Ste. 400
Cincinnati, Ohio 45202

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby acknowledges that the foregoing *Suggestion of Death as to Defendant Philip Colt Moss and Motion to Abate Prosecution an Dismiss Indictment* has been electronically filed via the Court's CM/ECF system this 20th day of March, 2025, and has been electronically served upon all counsel of record.

          *s/ Adam C. Cullman*
          ADAM C. CULLMAN
          Trial Attorney