# STATE OF IOWA
## IOWA DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CERTIFICATE OF DEATH

114-2024-032418

#### DECEDENT INFORMATION

**BIRTH NUMBER:** 1983-023576

**NAME:** Philip Colt Moss
**ALIAS:**
**PLACE OF BIRTH:** Iowa
**ARMED FORCES:** No
**DECEDENT MAIDEN LAST NAME:** Moss
**FATHER'S NAME:** (prior to any marriage) Adam Terry Moss
**MOTHER'S NAME:** (prior to any marriage) Mariann Lyons
**RESIDENTIAL ADDRESS:** Waukee, Iowa 50263
**INFORMANT NAME:** Andrea Joy Moss
**INFORMANT RELATIONSHIP:** Wife
**MARITAL STATUS:** Married
**SURVIVING SPOUSE:** (prior to any marriage) Andrea Joy Skinner

**DATE FILED:** 02/28/2025
**SSN:** -0819
**SEX:** Male
**DATE OF BIRTH/AGE:** /1983  41 Years
**DATE/TIME OF DEATH:** 11/13/2024 (Actual) 05:55 PM (Found)
**RESIDENCE COUNTY:** Dallas
**COUNTY OF DEATH:** Dallas
**PLACE OF DEATH:** Decedent's Home
**FACILITY/ADDRESS:** Waukee, Iowa 50263

#### MEDICAL CAUSE OF DEATH INFORMATION

**INTERVAL UNITS**

**IMMEDIATE CAUSE OF DEATH:** Mixed drug (Fentanyl, Methamphetamine, Hydroxyzine, Xylazine, Bupropion, Sertraline, Eszopiclone, Trazodone  Unknown
**DUE TO OR AS A CONSEQUENCE OF:**
**DUE TO OR AS A CONSEQUENCE OF:**
**UNDERLYING CAUSE, IF ANY:**
**OTHER SIGNIFICANT CONDITIONS:**

**MANNER OF DEATH:** Accident
**AUTOPSY PERFORMED/FINDINGS:** Yes/Yes
**DATE/TIME OF INJURY:**
**PLACE OF INJURY:** Unknown
**LOCATION OF INJURY:** Unknown
Unknown, Unknown 99999
**DESCRIPTION OF INJURY:** Consumed illicit drugs (with medications).

**TOBACCO CONTRIBUTED TO DEATH:** No
**M.E. CONTACTED:** Yes   **ME CASE #:** 25-24-0152
**INJURY AT WORK:** No
**TRANSPORTATION INJURY:** No

**METHOD OF DISPOSITION:** Cremation
**PLACE:** Ankeny Funeral Home and Crematory-Ankeny
**LOCATION:** Ankeny, Iowa
**FUNERAL DIRECTOR:** Andrew David Wegener
McLaren's Funeral Chapel
West Des Moines, Iowa 50265

**CERTIFIER/TITLE:** Michele J. Catellier, MD
**DATE CERTIFIED:** 02/28/2025
**CERTIFIER ADDRESS:** Iowa Office of State Medical Examiner
Ankeny, Iowa 50023

*** FOR ADMINISTRATIVE PURPOSES ONLY ***



EXHIBIT A