IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Susan J. Dlott

## ORDER

The attached cases are hereby reassigned to the docket of the Honorable Susan J. Dlott.

IT IS SO ORDERED.

4-10-25
DATE

Honorable Sarah D. Morrison
Chief Judge United States District Court

| Case Number | Case Title |
|---|---|
| 1:24-cr-00017-DRC-SKB | USA v. Maurice Thomas |
| 1:24-cr-00066(3)-DRC-KLL | USA v. Dryden, et al. |
| 1:24-cr-00099-DRC-SKB | USA v. Ryan Carter |
| 1:24-cr-00124-DRC-SKB | USA v. Fluellen |
| 1:25-cr-00004-DRC-KLL | USA v. Gebel |
| 1:25-cr-00009-DRC-KLL | USA v. Correa |
| 1:25-cr-00015-DRC-SKB | USA v. Little |
| 1:25-cr-024-DRC-KLL | USA v. Palomares-Ventura |
| 1:25-cr-034-DRC-SKB | USA v. Gonsales-Cortes |